AO 440 (Rev. 10/93) Summons in a Civil Action         **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, CIVIL COVER SHEET, EXHIBITS** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**     DATE: 6/12/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DEPARTMENT STORES NATIONAL BANK

Place where served:

701 E 60TH ST NORTH SIOUX SD.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/12/2008        _[signature]_ 851  L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

—Served by sheriff.

| | |
|---|---|
| ATTORNEY: | BRIAN L BROMBERG, ESQ |
| PLAINTIFF: | HINDY TAUB, ET AL |
| DEFENDANT: | DEPARTMENT STORES NATIONAL BANK |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CIV 5033 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.