07/01/2008  20:42   2122487908                BROMBERG LAW OFFICE                    PAGE  02/03

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

HINDY TAUB, individually and on behalf of all
other similarly situated,

              Plaintiff,

v.

DEPARTMENT STORES NATIONAL BANK,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 5053 (SHS) (GWG)

STIPULATION TO EXTEND
DEADLINE FOR DEFENDANT TO
ANSWER OR OTHERWISE
RESPOND TO THE SUMMONS
AND COMPLAINT

WHEREAS, plaintiff Hindy Taub ("Plaintiff") served her Complaint and Summons on June 12, 2008;

WHEREAS, the response of defendant Department Stores National Bank ("Defendant") to the Complaint is currently due on July 2, 2008;

WHEREAS, Defendant needs additional time to respond to the Complaint; and

WHEREAS, Defendant agrees not to challenge the sufficiency of Plaintiff's service of process in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that the time for Defendant to answer, move to dismiss, or otherwise respond to the Complaint shall be extended until and including July 23, 2008.

Respectfully Submitted,

Dated: New York, New York
July 2, 2008

STROOCK & STROOCK & LAVAN LLP

By: /s/ _____
Anton F. Mikel (AM 3820)

180 Maiden Lane
New York, New York 10038
Phone: (212) 806-5400
Fax: (212) 806-2680

Attorneys for Defendant
DEPARTMENT STORES NATIONAL
BANK

Dated: July 1, 2008

BROMBERG LAW OFFICE, P.C.

By: /s/ _____
Brian L. Bromberg

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax: (212) 248-7908

Attorneys for Plaintiff
VALERIE RUBENSTEIN

New York, New York
July 8, 2008

SO ORDERED:

_____
U.S.D.J.

v