```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HINDY TAUB, individually and on behalf of all : No. 08 Civ. 5053 (LTS)
other similarly situated,
: STIPULATION TO EXTEND
Plaintiff, : DEADLINE FOR DEFENDANT TO
: ANSWER OR OTHERWISE
v. : RESPOND TO THE SUMMONS
: AND COMPLAINT
DEPARTMENT STORES NATIONAL BANK,
:
Defendant.
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, plaintiff Hindy Taub ("Plaintiff") served her Complaint and Summons on June 12, 2008;

WHEREAS, the response of defendant Department Stores National Bank ("Defendant") to the Complaint is currently due on July 2, 2008;

WHEREAS, Defendant needs additional time to respond to the Complaint; and

WHEREAS, Defendant agrees not to challenge the sufficiency of Plaintiff's service of process in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that the time for Defendant to answer, move to dismiss, or otherwise respond to the Complaint shall be extended until and including July 23, 2008.

Respectfully Submitted,

Dated: New York, New York  STROOCK & STROOCK & LAVAN LLP
July 2, 2008

By: /s/ _____
Anton F. Mikel (AM 3820)

180 Maiden Lane
New York, New York 10038
Phone: (212) 806-5400
Fax: (212) 806-2680

Attorneys for Defendant
DEPARTMENT STORES NATIONAL BANK

Dated: July 1, 2008  BROMBERG LAW OFFICE, P.C.

By: /s/ _____
Brian L. Bromberg

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax: (212) 248-7908

Attorneys for Plaintiff
VALERIE RUBENSTEIN

New York, New York  SO ORDERED:
July 9, 2008

_____
U.S.D.J.