UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDY TAUB,
Plaintiff,

-v-

DEPARTMENT STORES NATIONAL BANK,
Defendant.

Case No. 1:08-CV-5053 (SHS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Department Stores National Bank (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. Citigroup, Inc.

Date: July 23, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** AM 3830

Form Rule7_1.pdf SDNY Web 10/2007