UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HINDY TAUB,                                          :  No. 1:08-CV-5053 (SHS)
individually and on behalf of
all others similarly situated,                       :  **ORDER**

                Plaintiff,               :

- against -                                          :

DEPARTMENT STORES NATIONAL BANK,     :

                Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto, it is hereby:

      ORDERED that Lisa M. Simonetti is granted leave to appear *pro hac vice* in the above action as counsel for defendant Department Stores National Bank.

Dated: July __, 2008
New York, New York

_____
United States District Judge
Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

LA 51070764v1

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 7/30/08*