UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

HINDY TAUB,
individually and on behalf of
all others similarly situated,

          Plaintiff,

  - against -

DEPARTMENT STORES NATIONAL BANK,

          Defendant.

------------------------------ x

No. 1:08-CV-5053 (SHS)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto, it is hereby:

ORDERED that Keith A. Custis is granted leave to appear pro hac vice in the above action as counsel for defendant Department Stores National Bank.

Dated: July 30, 2008
New York, New York

United States District Judge
**Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York**

LA 51070759v1